IN THE UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MARCUS INGRAM, an Individual, § § § | |
| Plaintiff, § § | Case No. 3:06CV00164 |
| v. § § | |
| TRADE TRYON HOTEL COMPANY, LLC, a Delaware Corporation § § § | |
| Defendant. § § | |

**ORDER**

This matter is before the Court upon Motion for Admission *Pro Hac Vice* of Ronald W. Chapman, Jr. of Ogletree, Deakins, Nash, Smoak & Stewart, P.C..

It appears to the Court that good cause exists to allow the Motion, and the requirements for *Pro Hac Vice* Admission are met; and therefore, the motion is allowed. If he has not already done so, Mr. Chapman should pay to the Clerk of Court the fee required by local rule.

Signed: August 22, 2006

_____
David C. Keesler
United States Magistrate Judge