IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV164

MARCUS INGRAM,                          )
                        Plaintiff,       )
                                         )
            v.                           )                    ORDER
                                         )
TRADE TYRON HOTEL COMPANY,               )
LLC, a Delaware Corporation              )
                        Defendant.       )
                                         )
_____)


THIS MATTER is before the Court upon Plaintiffs' Stipulation of Dismissal with

Prejudice. [Docket # 17].

Defendant has submitted an answer, and therefore, pursuant to Federal Rule of Civil

Procedure 41(a)(1), this case is dismissed.

IT IS SO ORDERED.



Signed: May 30, 2007

Graham C. Mullen
United States District Judge